UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. ANDERSON,<br><br>   Petitioner,<br><br> v.<br><br>D. RUNNELS, Warden,<br><br>   Respondent. | No. SACV-06-869-AHS (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

  IT IS ORDERED that a Judgment be issued denying the instant Petition and dismissing the action with prejudice.

///

///

///

///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this
2  Order and the Judgment of this date on counsel for Petitioner and Respondent.

4  DATED: <u>September 30, 2009</u>

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
United States District Judge