UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. ANDERSON,<br>        Petitioner,<br>  v.<br>D. RUNNELS, Warden,<br>        Respondent. | No. SACV-06-869-AHS (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED:  September 30, 2009

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
United States District Judge